# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

128640
& (38)
(39)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEITH YOHN,
         Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS,
         Defendant-Appellee.

SC: 128640
COA: 252056
Ct of Claims: 03-000047-MK

_____/

On order of the Court, the application for leave to appeal the April 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for leave to amend the complaint and to add new parties and events are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

11121